```
                                    _____ FILED          RECEIVED_____
                                    _____ ENTERED        SERVED ON_____
                                           COUNSEL/PARTIES OF RECORD

                                           SEP 2 0 2021

                                    CLERK US DISTRICT COURT
                                       DISTRICT OF NEVADA
                                BY: _____ DEPUTY
```

1  | Brandon Burns (President of Freedom of Choice 501c3)
2  | 6712 Divers Loons St.
   | North Las Vegas, NV 89084
3  | 702-588-4484
   | Freedomofchoicelv@gmail.com
4  | Pro Se

5  | Wendy Price
   | 6821 Sleepy Pine Street
6  | Las Vegas, NV 89130
   | 702-498-1647
7  | Wprice1000@yahoo.com
   | Pro Se
8

9

10 | # UNITED STATES DISTRICT COURT
   | # DISTRICT OF NEVADA
11

12 | BRANDON BURNS, SHARELLE                 Case No.:   **2:21-cv-01725-BNW**
   | MENDENHALL, 18 MINORS BY AND
13 | THROUGH THEIR PARENTS, WENDY PRICE,
   | AMY MCKAY, TINA SPENDLOVE, KELLY
14 | CAMPIS, LAZARO CAMPIS, ANDREA                       **COMPLAINT**
   | MILLER-PEWSEY, WALTER MATUSZYK,
15 | LEIGH MADDOX, KATIE PARNCUTT,
   | DEANNA GLAZA, BRIAN COOK AND
16 | BONNIE TAYLOR

17 |        Plaintiffs,

18 | vs.

19 | CLARK COUNTY SCHOOL DISTRICT,BOARD
   | OF EDUCATION; DR JESUS F. JARA, IN HIS
20 | INDIVIDUAL CAPACITY AND IN HIS
   | OFFICIAL CAPACITY AS SUPERINTENDENT
21 | OF THE CLARK COUNTY SCHOOL DISTRICT;
   | AND LINDA P. CAVAZOS, IRENE A. CEPEDA,
22 | EVELYN GARCIA MORALES, LOLA BROOKS,
   | DANIELLE FORD, LIZA GUZMAN, AND
23 | KATIE WILLIAMS, ALL IN THEIR
   | INDIVIDUAL CAPACITIES AND IN THEIR
24 | CAPACITIES AS MEMBERS OF THE CLARK
   | COUNTY SCHOOL DISTRICT BOARD OF
25 | EDUCATION,

26 |        Defendants,

27

28

COMPLAINT - 1

# COMPLAINT

This is a civil action seeking monetary relief for violations of Nevada Revised Statutes, Nevada Constitutional, U.S. Constitutional, and federal civil rights laws.

Plaintiff hereby alleges the following:

Plaintiffs, Brandon Burns, Sharelle Mendenhall, p.m. 18 minors, by and through their parents, Wendy Price, Amy Mckay, Tina Spendlove, Kelly Campis, Lazaro Campis, Andrea Miller-Pewsey, Walter Matuszyk, Leigh Maddox, Katie Parncutt, Deanna Glaza, Brian Cook and Bonnie Taylor, *pro se*, hereby file this complaint against Defendants, Clark County School District Board of Education ("school board");  Dr. Jesus F. Jara, in his individual capacity and in his official capacity as Superintendent of the Clark County School District; and Linda P. Cavazos, Irene A. Cepeda, Evelyn Garcia Morales, Lola Brooks, Danielle Ford (only in her capacity as member of the school board), Liza Guzman, and Katie Williams, all in their individual capacities, and in their capacities as members of the Clark County School District Board of Education all individual elected officials sued in their individual capacity and in their capacity as members of the school board (collectively, "defendants"). In support of the claims set forth herein, plaintiffs allege and aver as follows:

## JURISDICTION AND VENUE

1.      Plaintiffs incorporate the foregoing paragraphs as if set forth in full herein.

2.      This Court has subject matter jurisdiction over Plaintiffs' claims under 28 U.S.C. §1331, 28 U.S.C. §§1343(a)(3), (4), 28 U.S.C. §1367, 28 U.S.C. § 2201, and 42 U.S.C. §1983.

3.      There exists an actual and justiciable controversy between Plaintiffs and Defendant requiring resolution by this Court.

COMPLAINT - 2

4.      Plaintiffs have no adequate remedy at law.

5.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 since "*a substantial part of the events or omissions giving rise to the claim[s] occurred*" in Nevada.

6.      This civil action is brought by Plaintiffs pursuant to federal statutory and common law.

## PARTIES.

1.      Plaintiffs (15 minor children) by and through their parents all reside in Clark County School District ("CCSD"), in Clark County, Nevada. Plaintiffs 18 minor children by and through their parents are and was at all times relevant hereto students at a Clark County School District public school.  Suit is brought herein on behalf the children by their parents, Plaintiffs Wendy Price, Amy Mckay, Tina Spendlove, Kelly Campis, Lazaro Campis, Andrea Miller-Pewsey, Walter Matuszyk, Leigh Maddox, Katie Parncutt, Deanna Glaza, Brian Cook, and Bonnie Taylor, Pro-Se.

2.      Plaintiffs Brandon Burns, Sharelle Mendenhall, Wendy Price, Amy Mckay, Tina Spendlove, Kelly Campis, Andrea Miller-Pewsey, Walter Matuszyk, Leigh Maddox, Katie Parncutt, Deanna Glaza, Brian Cook and Bonnie Taylor are adult individuals who are residents in the Clark County School District, in Clark County, Nevada and are and always relevant hereto as parents, guardians and/or concerned taxpaying citizens of Clark County Nevada.

3.      Defendant Clark County School District Board of Education (the "School Board" or the "Board") is a public entity which, acting under color of law, is responsible for the formulation and implementation of all official governmental laws, policies, regulations and procedures in effect for the Clark County School District.

COMPLAINT - 3

4.      Defendant Dr. Jesus F. Jara was at all relevant times the Superintendent of the Clark County School District; in that capacity, acting under color of law, he is responsible for the implementation of all official governmental laws, policies, regulations and procedures governing the Clark County School District. He is sued in his official and individual capacities.

5.      Defendant Linda P. Cavazos is a Clark County resident and member of the School Board, sued here in her individual and representative capacity. Mrs. Cavazos is currently the President of the School Board.

6.      Defendant Irene A. Cepeda is a Clark County resident and member of the School Board, sued here in her individual and representative capacity. Mrs. Cepeda is currently the Vice President of the School Board.

7.      Defendant Evelyn Garcia Morales is a Clark County resident and member of the School Board, sued here in her individual and representative capacity.

8.      Defendant Lola Brooks is a Clark County resident and member of the School Board sued here in her individual and representative capacity.

9.      Defendant Danielle Ford is a Clark County resident and member of the School Board, sued in her representative capacity only.

10.     Defendant Liza Guzman is a Clark County resident and member of the School Board, sued here in her individual and representative capacity.

11.     Defendant Katie Williams is a Clark County resident and member of the School Board, sued here in her individual and representative capacity.

12.     At all relevant times hereto, the School Board and the individual Defendants were acting under color of state law.

///

COMPLAINT - 4

# FACTS

Plaintiffs incorporate the foregoing paragraphs as if set forth in full herein.

## A. Clark County School District Board of Education

1. Plaintiffs incorporate the foregoing paragraphs as if set forth in full herein.

2. The Clark County School District Board of Education is "composed of 7 citizens who are representatives of the residents of Clark County School District. Board members are elected 'at large' on a nonpartisan ballot and serve for staggered terms of four years." https://ccsd.net/trustees/details/B. The seven individuals currently serving as School Board Members are Defendants.

3. This seven-member School Board unanimously appointed Defendant Dr. Jesus F. Jara to serve as Superintendent of Schools, effective June 2018.

4. As Superintendent, Dr. Jara is charged with the administration of the CCSD and is a Defendant.

## B. Relevant Facts of the Clark County School District Board of Education

The primary responsibility of the Board is to establish purposes, programs and procedures which produce the educational achievement needed by District students. The Board must accomplish this while also being responsible for wise management of resources available to the District. The Board must fulfill these responsibilities by functioning primarily as a legislative body to formulate and adopt policy, by selecting an executive officer to implement policy and by evaluating the results; further, it must carry out its

COMPLAINT - 5

functions openly, while seeking the involvement and contributions of the public, students, and staff in its decision-making processes.

In accordance with these principles, the Board should seek to achieve the following goals to:

1. Formulate Board policies which best serve the educational interests of each student

2. Maintain effective communication with the school community, the staff, and the students in order to maintain awareness of attitudes, opinions, desires, and ideas

3. Conduct Board business openly, soliciting and encouraging broad-based involvement in the decision-making process by public, students, and staff

### U.S. and Nevada Constitutions and Nevada Revised Statutes

NRS 391.080 requires each licensed employee employed in the State of Nevada whose compensation is payable out of public money to take and subscribe to the "constitutional oath of office" before entering upon the discharge of his duties.

*I, (state name), do solemnly swear (or affirm) that I will support, <u>protect and defend the constitution and government of the United States and the constitution and government of the State of Nevada</u> against all enemies, whether domestic or foreign; that I will bear true faith, allegiance and loyalty to the same, and ordinance, resolution or law of any state notwithstanding; and that I will well and faithfully perform all the duties of the office of or position on which I am about to enter: (if an oath) so help me God; (if an affirmation) under the pains and penalties of perjury"*

COMPLAINT - 6

This oath describes the sworn testimony of each CCSD School Board members obligation to the U.S. and Nevada Constitutions.  These oaths and sworn testimony have been violated and the Defendants should be held accountable for the following violations:

## FIRST CAUSE OF ACTION

**COUNT I - 42 U.S.C. §1983 - Violation of Procedural Due Process (5th and 14th Amendments) - Against All Defendants**

1.      Plaintiffs incorporate the foregoing paragraphs as if set forth in full herein.

2.      In order establish a claim under section 1983 of the Civil Rights Act, a Plaintiffs must prove a Defendant: (a) acted under the color of state law; (b) proximately causing; (c) the Plaintiffs to be deprived of a federally protected right. 42 U.S.C. §1983.

3.      In the instant case, Defendants unquestionably acted under the color of state law.

4.      Each Individual Defendant is an elected, voting member of the Clark County School District Board of Education with the exception of Defendant Dr. Jesus F. Jara, who is the Superintendent of the Clark County School District.

5.      Under the Fifth Amendment to the Constitution, no person may be deprived of life, liberty, or property without due process of law. U.S. Const. Ann., Amendment V.

6.      The Fourteenth applies the protections of the Fifth Amendment to state actors. U.S. Const. Ann., Amendment XIV.

7.      Plaintiffs children have constitutionally protected interests in the benefits that come from them not being subject to the Board's mask mandate, including the ability to pursue

COMPLAINT - 7

an education without being subjected to health risks that are not offset by any scientifically provable benefits.

8.      Defendants have enforced a "mandate" that has not been passed by the State of Nevada Legislative Branch and is not enforceable by law.  Mandates, Requirements, Demands, Policies, Recommendations etc. are NOT law, nor does the Clark County School District Board have legislative authority to create such laws, policies, mandates or requirements that violate U.S. and Nevada Constitutions, Federal Civil Law and Nevada Revised Statutes against the will of the People of Nevada or their minor children.

9.      Defendants' implementation of the mask policy unlawfully deprives Plaintiffs of these and other constitutionally protected interests without due process of law. Such deprivation occurred with no notice or meaningful opportunity to be heard as the Superintendent instated the mask mandate prior to offering an opportunity for public discussion, deferring back to the County Commissioners who deferred back to the school board which was conducted in no way compliant with the due process of law. Such deprivation was arbitrary, capricious, based on ignorance without inquiry into facts, and in violation of the School Board's own policies and other applicable laws. Such deprivation violates the Fifth and Fourteenth Amendments of the Unites States Constitution.

10.     Plaintiffs children were harmed and continue to be irreparably harmed by these unlawful acts, including but not limited to, by suffering an overall possible simultaneous drop in oxygen saturation of the blood and increase in carbon dioxide, which contributes to an increased noradrenergic stress response, with heart rate increase and respiratory rate increase and, in some cases, a significant blood pressure increase. **(See Exhibits 1).**

COMPLAINT - 8

## SECOND CAUSE OF ACTION

**COUNT II - 42 U.S.C. §1983 - Violation of Substantive Due Process (Fourteenth Amendment) – Against All Defendants**

1.      Plaintiffs incorporate the foregoing paragraphs as if set forth in full herein.

2.      In order establish a claim under section 1983 of the Civil Rights Act, a Plaintiffs must prove a Defendant: (a) acted under the color of state law; (b) proximately causing; (c) the Plaintiffs to be deprived of a federally protected right. 42 U.S.C. §1983.

3.      In the instant case, Defendants unquestionably acted under the color of state law.

4.      Each individual Defendant is an elected, voting member of the Clark County School District Board of Education with the exception of Defendant Dr. Jesus F. Jara, who is the Superintendent of the Clark County School District.

5.      Under the Fourteenth Amendment to the Constitution, and as established by state law including the state created danger doctrine, Plaintiffs have a fundamental right to a public education and to an education in a safe and healthy environment.

6.      Plaintiffs were harmed and continue to be irreparably harmed by these unlawful acts, including but not limited to, by suffering an overall possible simultaneous drop in oxygen saturation of the blood and increase in carbon dioxide, which contributes to an increased noradrenergic stress response, with heart rate increase and respiratory rate increase and, in some cases, a significant blood pressure increase.

7.      Plaintiffs have constitutionally protected interests in the benefits that come from them not being subject to the Board's mask mandate, including the ability to pursue an

COMPLAINT - 9

education without being subjected to forced health risks that are not offset by any scientifically provable benefits.

8.   Defendants' implementation of the mask policy unlawfully deprives Plaintiffs of these and other constitutionally protected interests without due process of law. Such deprivation occurred with no notice or meaningful opportunity to be heard as the Superintendent instated the mask mandate prior to offering an opportunity for public discussion. Such deprivation was arbitrary, capricious, based on ignorance without inquiry into facts, and in violation of the School Board's own policies and other applicable laws.

9.   A new study involving over 25,000 school-aged children, shows that masks are harming schoolchildren physically, psychologically, and behaviorally, revealing 24 distinct health issues associated with wearing masks. The health issues and impairments observed in this study were found to affect 68% of masked children who are forced to wear a face covering for an average of 4.5 hours per day. The study also includes 17,854 health complaints submitted by parents. Some of the health issues found in the study include: increased headaches (53%), difficulty concentrating (50%), drowsiness or fatigue (37%), malaise (42%), and nearly a third of children experience more sleep issues than they had previously and a quarter of children developed new fears. Though these results are concerning, the study also found that 29.7% of children experienced shortness of breath, 26.4% experienced dizziness, and hundreds of the participants experiencing accelerated respiration, tightness in chest, weakness, and short-term impairment of consciousness.   (New Study Finds COVID Masks Harm Children's Physical & Mental Health | Principia Scientific Intl. (principia-scientific.com))

///

COMPLAINT - 10

# THIRD CAUSE OF ACTION

**COUNT III – Violation, Threats, Coercion, Willful Injury - Against All Defendants**

1. **NRS 205.320   Threats.**   A person who, with the intent to extort or gain any money or other property <u>or to compel or induce another</u> to make, <u>subscribe</u>, execute, alter or destroy any valuable security or instrument or writing affecting <u>or intended to affect any cause of action</u> or defense, or any property, or to influence the action of any public officer, or to do or abet or procure any illegal or wrongful act, <u>whether or not the purpose is accomplished, threatens directly or indirectly</u>:

    1.   To accuse any person of a crime;

    2.   <u>To injure a person or property;</u>

    3.   To publish or connive at publishing any libel;

    4.   To expose or impute to any person any deformity or disgrace; or

    5.   To expose any secret,

is guilty of a category B felony and shall be punished by imprisonment in the state prison for a minimum term of not less than 1 year and a maximum term of not more than 10 years, or by a fine of not more than $10,000, or by both fine and imprisonment. In addition to any other penalty, the court shall order the person to pay restitution.

Pursuant to NRS 205.320 (2), Defendants have unlawfully forced and compelled all minor Plaintiffs, parents and/or guardians to subscribe to an action by purposefully threatening to injure CCSD students by forcing children to wear a mask the entirety of their attendance on CCSD properties that has been scientifically proven to be hazardous to children's health, willfully causing physical and/or psychological injury.  Furthermore, threatening to remove the rights of the children to attend public school if they do not comply also violates NRS 205.320

COMPLAINT - 11

by forcefully removing a child's freedoms for academic instruction, participation in public school and irreversibly causing damage to their future potential education and academic aptitudes potentially resulting in future economic damage by limiting their abilities to excel in a workforce due to limited education opportunities.

## FOURTH CAUSE OF ACTION

**COUNT IV – Violation, United States 18 USC 245 Federally Protected Activities - Against All Defendants**

1. **18 USC 245** describes the following as federally protected activities:

    a.   Protection of participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States.

    b.   Protection of participating in or enjoying the benefits of any program or activity receiving Federal financial assistance.

    c.   Protection of any person because of his race, color, religion or national origin and because he is or has been enrolling in or attending any public school or public college; or participating in or enjoying any benefit, service, privilege, program, facility or activity provided or administered by any State or subdivision thereof.

The Defendants, nor has any Court proven that the use of masks while attending public school provides any scientifically measurable protection of spread for any diseases nor do any of manufacturers of the masks being worn claim any kind of protection from or against any disease, specifically airborne.  As a matter of fact, any and all masks currently "approved" by CCSD to be worn have manufacturer warnings stating specifically that it **DOES NOT**

COMPLAINT - 12

provide protect from or against the spread of any diseases. The decision to forcibly mandate that the children wear the masks <u>or lose their right</u> to attend public school is a blatant violation of these federally protected activities.

### FIFTH CAUSE OF ACTION

**COUNT V – Violation, United States; 42 USC §1983 - Against All Defendants**

1. **United States; 42 USC §1983** provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit inequity, or other proper proceeding for redress.

2. Defendants have enforced illegally established "policies" and rules within all CCSD public schools depriving the rights and privileges of Plaintiffs with willful intent to cause bodily injury. The Plaintiffs have and continue to be irreparably harmed by these unlawful acts. The Defendants DO NOT have the legislative authority to enforce mandates or policies that directly violate constitutional and federal laws. There has been no "law" established Nevada therefore, CCSD School Board has no authority enforce such hazardous to health "policies".

### SIXTH CAUSE OF ACTION

**COUNT VI – Failure to respond to a DEMAND FOR RELIEF** submitted by Plaintiff Bonnie Taylor, served to Superintendent Dr. Jesus F. Jara and School Board Trustees (All) on August 12, 2021 on behalf of all the People of the State of Nevada, fulfilling this Courts Rules

of Procedure in regards to the expectation of Demands for Relief to be made prior to initiating litigation. **(See Exhibit 2)**

Exhibit 2 has been served and Notice has been given to the CCSD School Board. Documents include Affidavit of Maladministration for not performing their oath as an elected official of office and violating the Nevada and US Constitution. Notice of violation of NRS codes NRS 200.471 and NRS 205.320.

There has been outrage for the violation of our constitutional rights. CCSD employees and CCSD parents have spoken out at board meetings requesting masks mandates to be dropped. There is full video documentation on the CCSD website, www.ccsd.net

The President of the School Board, Linda Cavazos, has opening given veiled threats to those who are speaking at the board meetings including call them wannabe-insurrectionist. She has also threatened to stop the meeting for not complying to the mandate which violates our constitutional rights. People have been removed and/or denied their first amendments rights to speak at the board meetings due to the nature of Linda Cavazos dictatorship during the meetings.

**CONCLUSION**

The Defendants (public servants) have blatantly and maliciously violated the Nevada and U.S. Constitutions, Nevada Revised Statutes and federal civil laws with willful premeditative intent. The Defendants have abused their authority by creating Nevada "Law" with forced mask use in public schools with no legislative authority to do so. These public employees and servants should face severe consequences for violating the public's trust with penalties of no less than a Class C Felony including a term of imprisonment between 1 and 5

COMPLAINT - 14

years, and fine of not more than $10,000, or both. (re Nev. Rev. Stat. Ann § 193.130.  They

should face permanent removal from office, and permanent disqualification from holding any

state position ever in the future.  In addition, Plaintiffs seek restitution in the amount of

$200,000,000.00 for purposefully, willfully endangering the physical, psychological and

emotional health of the Plaintiffs children, violating the Plaintiffs U.S. and Nevada

constitutional rights, threatening loss of enjoyment of federal civil rights of freedom of

education if they do not agree to risking their health and lastly purposeful violation of Nevada

Revised Statutes by threatening the Plaintiffs with intent to cause emotional, physical and

psychological harm in addition to threats of tangible lifelong negative consequences by

forbidding Plaintiffs children academic and future economic success by removing them from

attending public school if they do not comply and accept the physical harm perpetuated by

CCSD.

## RESERVATION OF RIGHTS

       Plaintiffs herein expressly reserve their rights in regards to any additional

claims to which they may be entitled under federal law as well as under the laws of the State of

Nevada, including claims arising from any violations of Nevada's Open Meetings Laws or

other actions of misconduct that may have been committed by Defendants.  Plaintiffs expressly

place Defendants on notice of Plaintiffs' intention to initiate removal proceedings at the state

court level against Defendants as a result of the infractions Defendants have committed, as

described herein.

## PRAYER FOR RELIEF

       WHEREFORE, Plaintiffs request that the Court grant the following relief:

a.      Assume jurisdiction of this action;

COMPLAINT - 15

b.   Vacate and set aside the Defendants' mask mandate as well as any other action taken by Defendants to institute the mask mandate and implement the provisions of the mask policy;

c.   Declare that the Defendants' masking policy is void and without legal force or effect;

c.   Declare that the institution of the mask policy and actions taken by Defendants to implement the mask policy are arbitrary, capricious, based on ignorance due to failure to inquire into facts, otherwise not in accordance with law, and without observance of required procedures;

d.   Declare that the mask policy and the actions taken by Defendants to implement the mask policy are in violation of the Constitution and contrary to the laws of the United States and the State of Nevada;

e.   Temporarily restrain, as well as preliminarily and permanently enjoin Defendants, their agents, servants, employees, attorneys, and all persons in active concert or participation with any of them, from implementing or enforcing the mask policy and from taking any other action to implement the masking policy that is not in compliance with applicable law; and

f.   Each Defendant held accountable for violating the public's trust to the fullest extent of the law of no less than category C Felony.

g.   Restitution to Plaintiffs in the amount of $200,000,000.000

h.   Grant such other and further relief as may be just, equitable, and proper including without limitation, an award of any and all litigation fees, time and travel fees as well as compensatory and punitive damages to Plaintiffs.

COMPLAINT - 16

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Submitted by: *Wendy Price*
*6821 Sleepy Pines St*
*LV NV 89130*

Signature(s): _____

Dated: ___9/20/21___

COMPLAINT - 17

## VERIFICATION

Under penalties of perjury, I declare that I am a Plaintiff in the above-entitled action; that I have read the foregoing Complaint and know the contents thereof; that the pleading is true of my own knowledge, except for those matters therein contained stated upon information and belief, and that as to those matters, I believe them to be true.

**I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.**

DATED this (day) _17 7th_ day of (month) _SEPTEMBER_ , 20 _21_ .

Submitted By: (your signature) _____

Print Name: _BRANDON BURNS_____

Address: _6712 Divers Loons ST, NORTH LAS VEGAS, NV 89084_

Email: _FREEDOM OF CHOICE LV @ gmail.com_

## VERIFICATION

Under penalties of perjury, I declare that I am a Plaintiff in the above-entitled action; that I have read the foregoing Complaint and know the contents thereof; that the pleading is true of my own knowledge, except for those matters therein contained stated upon information and belief, and that as to those matters, I believe them to be true.

**I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.**

DATED this (day) 17 day of (month) September, 2021.

Submitted By: (your signature) _Sharelle Mendenhall_

Print Name: Sharelle Mendenhall

Address: _____

Email: _____

**VERIFICATION**

Under penalties of perjury, I declare that I am a Plaintiff in the above-entitled action; that I have read the foregoing Complaint and know the contents thereof; that the pleading is true of my own knowledge, except for those matters therein contained stated upon information and belief, and that as to those matters, I believe them to be true.

**I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.**

DATEDthis (day) _19_ day of (month) _September_, 20_21_.

Submitted By: (your signature) _____

Print Name: _WENDY PRICE_

Address: _6621 Sleepy Pines st LV. NV 89130_

Email: _WPRICE1000@yahoo.com_



... under the laws of the State of Nevada that the foregoing is true and correct.

DATED this 17th day of September 2021.

Submitted By: (your signature) _Amy McKay_

Print Name: Amy McKay

Address: 6224 Lanning Lane Las Vegas NV

Email: amymckay00@gmail.com

**VERIFICATION**

Under penalties of perjury, I declare that I am a Plaintiff in the above-entitled action; that I have read the foregoing Complaint and know the contents thereof; that the pleading is true of my own knowledge, except for those matters therein contained stated upon information and belief, and that as to those matters, I believe them to be true.

**I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.**

DATED this (day) ___17___ day of (month) __September__ , 20_21_.

Submitted By: (your signature) _Tina Spendlove_

Print Name: __Tina Spendlove__

Address: 5908 Pearlie May Ct NLV NV 89081

Email: tispend81@protonmail.com

## VERIFICATION

Under penalties of perjury, I declare that I am a Plaintiff in the above-entitled action; that I have read the foregoing Complaint and know the contents thereof; that the pleading is true of my own knowledge, except for those matters therein contained stated upon information and belief, and that as to those matters, I believe them to be true.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED this [day] __17__ day of [month], __September__ 20 21.

Submitted By: (your signature) _Andrea Pew_

Print Name: _Andrea Miller-Pewsey_

Address: _1207 San Gabriel Ave Henderson, NV 89012_

Email: _Andreamiller05@yahoo.com_

# VERIFICATION

Under penalties of perjury, I declare that I am a Plaintiff in the above-entitled action; that I have read the foregoing Complaint and know the contents thereof; that the pleading is true of my own knowledge, except for those matters therein contained stated upon information and belief, and that as to those matters, I believe them to be true.

**I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.**

DATED this (day) _19_ day of (month) _September_, 20_21_.

Submitted By: (your signature) _Walter Matusik_

Print Name: _Walter Matusik_

Address: _5334 Reed Station St NLV, NV 89031_

Email: _WPRice1000@yahoo.com_



VERIFICATION

Under penalties of perjury, I declare that I am a Plaintiff in the above-entitled action; that I have read the foregoing Complaint and know the contents thereof; that the pleading is true of my own knowledge, except for those matters therein contained stated upon information and belief, and that as to those matters, I believe them to be true.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

DATED this (day) __17__ day of (month) _September_ 20_21_.

Submitted By: (your signature) _Katie Parncutt_

Print Name: _Katie Parncutt_

Address: 1961 Red Sand Ct. Henderson, NV 89002

Email: K8Eann12@gmail.com

none

**VERIFICATION**

Under penalties of perjury, I declare that I am a Plaintiff in the above-entitled action; that I have read the foregoing Complaint and know the contents thereof; that the pleading is true of my own knowledge, except for those matters therein contained stated upon information and belief, and that as to those matters, I believe them to be true.

**I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.**

DATED this (day) 19 day of (month) September, 2021.

Submitted By:

Brian Cook

6836 Arcadia Creek St, North Las Vegas, NV. 89131

brian@empoweringhumans.com

# VERIFICATION

Under penalties of perjury, I declare that I am a Plaintiff in the above-entitled action; that I have read the foregoing Complaint and know the contents thereof; that the pleading is true of my own knowledge, except for those matters therein contained stated upon information and belief, and that as to those matters, I believe them to be true.

**I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.**

DATED this (day) _19_ day of (month) _September, 2021___.

Submitted By: (your signature) _Bonnie Taylor_____

Print Name: Bonnie Taylor

Address: 2161 Madison Heights Street

            Henderson, NV 89052

Email: taylorbon@gmail.com