**2:21-cv-01725-BNW**

```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS077442
Cashier ID: ywilliam
Transaction Date: 09/20/2021
Payer Name: Wendy Price
----------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Wendy Price
 Case/Party: D-NVX-2-21-CV-001725-BNW
 Amount:        $402.00
----------------------------------
CREDIT CARD
 Amt Tendered: $402.00
----------------------------------
Total Due:      $402.00
Total Tendered: $402.00
Change Amt:     $0.00

Case No. 2:21-cv-01725-BNW
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."



```
____FILED       ____RECEIVED
____ENTERED     ____SERVED ON
       COUNSEL/PARTIES OF RECORD

         SEP 2 0 2021

   CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```