AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 20 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

Brandon Burns, Wendy Price ET AL
*Plaintiff*

v.   Civil Action No. 2:21-cv-01725-BNW

Clark County School Board et al
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
5100 W Sahara Ave
Las Vegas, NV 89146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**Yelena A Williams**

Date: 9/20/2021

*Signature of Clerk or Deputy Clerk*