

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

# NOTICE OF ASSIGNMENT OF CASE
# TO A UNITED STATES MAGISTRATE JUDGE

Under General Order 2021-03 of the United States District Court for the District of Nevada, this case is randomly assigned to a Magistrate Judge as the presiding judge, pending your consent.

Under 28 U.S.C. § 636(c), with written consent of all parties, a Magistrate Judge may conduct all proceedings in a case, including all pretrial and trial proceedings, entry of judgment, and post-trial motions. Any appeals will be made directly to the United States Court of Appeals for the Ninth Circuit.

Attached is the Consent form on which you will indicate whether you consent to proceed before a Magistrate Judge as the presiding judge. This form is also available from the Court's website at **https://www.nvd.uscourts.gov/court-information/forms/.** You are free to decline consent. There will be no adverse consequences. If a party declines, the case will be reassigned to a District Judge as the presiding judge. The Magistrate Judge will remain assigned to the case for the duties typically referred to Magistrate Judges.

Please submit your consent or declination form within **21 days** of filing your complaint or appearing as a defendant. The form may be filed in CM/ECF by selecting "Notice to Clerk – Consent or Declination" from the "Representation and Appearances" options located under the "Civil" menu. It may also be hand delivered or mailed to the Clerk's office, **Attention: Amber Freeman**, Operations Manager. The form should not be sent to the judge and copies should not be sent to other counsel. The form will not be shown to the Judge, nor will the Judge be informed of the identity of any party who consents or declines. If you do not submit the consent form within 21 days, you will be deemed to have declined and the case will be reassigned to a District Judge as the presiding judge.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |
|---|---|
| Plaintiff(s)<br><br>v.<br><br>_____ Defendant(s)._____ | Case No.<br><br>CONSENT OR DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE IN A CIVIL CASE |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you consent or decline having a Magistrate Judge serve as the presiding judge. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

In accordance with 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States Magistrate Judge serve as the presiding judge and conduct all further proceedings in this case, including entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with 28 U.S.C. § 636I, I **decline** to have a United States Magistrate Judge Serve as the presiding judge in this case. I hereby request that this case be reassigned to a United States District Judge as the presiding judge. I understand the Magistrate Judge will remain on the case and perform the typical duties of a Magistrate Judge.

Date: _____     Party Name:_____

                                 Counsel For
                                 (or "Pro Se"):_____