**CLERK, U.S. DISTRICT COURT**
**DISTRICT OF NEVADA**
**LLOYD D. GEORGE U.S. COURTHOUSE**
333 LAS VEGAS BLVD. SO. – RM 1334
**LAS VEGAS, NV 89101**

OFFICIAL BUSINESS

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 27 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

LAS VEGAS NV 890
22 SEP 2021 PM 3 L

Amy McKay
4224 Lanning Lane
[illegible], NV 89109

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 9/21/2021 at 2:44 PM PDT and filed on 9/21/2021
**Case Name:**           Burns et al v. Clark County School District, Board of Education et al
**Case Number:**         2:21-cv-01725-BNW
**Filer:**
**Document Number:** 3

**Docket Text:**
**NOTICE of Assignment of Case to a United States Magistrate Judge pursuant to General Order 2021-03. Attached is a form to indicate whether you consent or decline to proceed before a Magistrate Judge. Please submit your consent or declination form within 21 days of filing your complaint or appearing as a defendant. See notice for details.**

**Consent or declination is due by 10/12/2021. Please file the completed form under the filing event called Notice to Clerk - Consent or Declination in the Representation and Appearances civil menu category. (MR)**


**2:21-cv-01725-BNW Notice has been electronically mailed to:**

**2:21-cv-01725-BNW Notice has been delivered by other means to:**

Amy McKay
4224 Lanning Lane
Las Vegas, NV 89108

Andrea Miller-Pewsey
1207 San Gabriel Avenue
Henderson, NV 89002

Bonnie Taylor
2161 Madison Heights Street
Henderson, NV 89052

Brandon Burns
6712 Diver Loons Street
North Las Vegas, NV 89084

Brian Cook
6836 Arcadoa Creel St.
North Las Vegas, NV 89131

Deanna Glaza
5401 Gold Country St.
Las Vegas, NV 89122

Katie Parncutt
1961 Red Sand Ct.
Henderson, NV 89002

United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 9/21/2021 at 2:55 PM PDT and filed on 9/21/2021
**Case Name:**        Burns et al v. Clark County School District, Board of Education et al
**Case Number:**      2:21-cv-01725-BNW
**Filer:**
**Document Number:** 4

**Docket Text:**
**ADVISORY LETTER to litigant. (Attachments: # (1) Notice/Consent to Email) (MR)**


**2:21-cv-01725-BNW Notice has been electronically mailed to:**

**2:21-cv-01725-BNW Notice has been delivered by other means to:**

Amy McKay
4224 Lanning Lane
Las Vegas, NV 89108

Andrea Miller-Pewsey
1207 San Gabriel Avenue
Henderson, NV 89002

Bonnie Taylor
2161 Madison Heights Street
Henderson, NV 89052

Brandon Burns
6712 Diver Loons Street
North Las Vegas, NV 89084

Brian Cook
6836 Arcadoa Creel St.
North Las Vegas, NV 89131

Deanna Glaza
5401 Gold Country St.
Las Vegas, NV 89122

Katie Parncutt
1961 Red Sand Ct.
Henderson, NV 89002

Leigh Maddox
10537 Thor Mountain
Las Vegas, NV 89166

Sharelle Mendenhall