# EXHIBIT A

# EXHIBIT A

# CCSD MASK POLICY



**Office of the Deputy Superintendent**
INTEROFFICE MEMORANDUM

DATE:	July 27, 2021

TO:	All CCSD Employees

FROM:	Dr. Brenda Larsen-Mitchell, Deputy Superintendent

SUBJECT:	Updated Health and Safety Protocols
_____

The District is committed to opening schools for all students as safely as possible for in-person learning for the 2021-2022 school year. As a result of the current high transmission rates of COVID-19 and in alignment with the recommendations from the Centers for Disease Control and Prevention, the Southern Nevada Health District, and the American Academy of Pediatrics, staff will adhere to the following guidelines:

- All students and staff are required to wear face masks indoors, unless medical or developmental conditions prohibit use.
- All students and staff must wear face masks on all District buses, unless medical or developmental conditions prohibit use.
- Staff requiring an accommodation must contact the Office of Diversity and Affirmative Action/Americans with Disabilities Act/Title IX Programs at (702) 799-5087.
- Staff who do not upload their COVID-19 Vaccination Record Card to emocha Health will be required to participate in weekly mandatory COVID-19 testing at designated District sites. All staff who are fully vaccinated should upload their COVID-19 Vaccination Record Card to emocha Health beginning August 2, 2021. If staff previously uploaded their COVID-19 Vaccination Record Card to Origami, staff should also upload their COVID-19 Vaccination Record Card to emocha Health to be excused from mandatory COVID-19 weekly testing.
- If an individual wants to acquire a COVID-19 vaccination, please refer to the information located at https://media.southernnevadahealthdistrict.org/download/COVID-19/resources/Clark-County-Vaccination-Sites.pdf.

Once again, the District is committed to opening schools for all students for in-person learning, while promoting the health and safety of all students and staff. We will continue to monitor the health data in our community to make informed decisions regarding the implementation of mitigation strategies.

# Clark County School District
# Face Mask Guidance

**September 2, 2021**

Face masks are required to be worn indoors, including all Clark County School District (CCSD) buildings, facilities, and on school buses by all individuals (ages two and older) regardless of vaccination status.

- If a student requires an exemption from wearing a face mask, an Individualized Education Program (IEP) or Section 504 Accommodation Plan team meeting must be held within a reasonable amount of time (five days but no more than ten school days) to determine if the face mask exemption is appropriate.
- Employees who are unable to wear a face mask due to a medical condition must contact the Office of Diversity and Affirmative Action/Americans with Disabilities Act (ADA)/Title IX Programs at (702) 799-5087 to discuss alternative accommodations which may include wearing a less restrictive approved face covering.

For purposes of this protocol, approved face masks include homemade or store-bought cloth face masks, surgical masks, or transparent/clear face masks that cover the individual's face from the bridge of the nose to snugly under the chin and fit snugly against the sides of the face with no gaps for air to enter or exit. Face masks must comply with all applicable CCSD policies, regulations, and dress codes pertaining to student and staff attire.

### *Types of Face Masks*
- Face masks with one-way valves or vents are not allowed unless covered with a cloth face mask (one-way valves allow air to be exhaled through the valve).
- Face masks are recommended to be made with multiple layers (current recommendations are two layers of tightly woven cloth (cotton preferred) and one layer of synthetic material that can be repeatedly washed.
- Standard face/neck gaiters (minimal filtration) and bandanas, which do not correctly cover the nose and mouth, may only be worn if layered.
- Face shields are not a replacement for face masks, given concerns over their inability to minimize droplets spread to others. A surgical or cloth mask must be worn under a shield unless an accommodation has been granted.

### *Exceptions*
Face masks may be removed in the following circumstances:

- Employees who need a break from wearing their face mask while on CCSD property may do so if alone in their own office or classroom, or outdoors while maintaining appropriate social distance. An employee may not remove his or her face mask in a common space (conference room, break room, restroom, stairwell, hallway, or other common area), regardless of whether such space is currently occupied by others.
- Employees or students who are eating or drinking, provided that appropriate social distancing protocols are followed. Face masks must be replaced when finished eating or drinking.
- Kindergarten-Grade 12 students actively exercising while at recess or in physical education class do not need to wear a face mask if activities are taking place outdoors. If activities must take place indoors, face masks must be worn at all times. Social distancing of at least three feet should be maintained between students at all times, including while exercising, whether indoors or outdoors.
- To the extent possible, employees who work with students who are deaf or hard of hearing, learning to read, acquiring the English language, or otherwise require direct view of the employee's mouth for the purposes of learning, should wear transparent/clear face masks that cover the individual's face from the bridge of the nose to snugly under the chin and fit snugly against the sides of the face with no gaps for air to enter or exit.

***Guidance from the Southern Nevada Health District (SNHD) for Medical, Behavioral, and Developmental Exemptions for Face Masks***

- An established licensed medical provider in Nevada, such as a primary care physician or a pediatrician, may provide an exemption for face masks. These exemptions should be for specific situations (e.g., physical exertion with a pre-existing medical condition, such as asthma), are limited in scope, and are for clearly defined medical conditions. A broad, undefined exemption should not apply. All exemptions should be documented through the IEP and/or Section 504 Accommodation Plan process.
- Exemptions for behavioral or developmental needs (autism, oppositional defiant disorder, attention deficit hyperactivity disorder, etc.) that in most cases are documented with an IEP or Section 504 Accommodation Plan should be met with reasonable accommodations to allow an exemption to face masks. It is recommended to allow the IEP team or Section 504 Accommodation Plan team to determine and provide direction for the student's ability to wear a face mask. This might include complete or situational exemptions. It is also recommended that the negative impact of mitigation efforts on the mental health of those who experience behavioral challenges be considered.

*Modifications or Accommodations for Face Mask Requirement*

The following individuals may qualify for an accommodation or modification to the face mask requirement:

- Any student with a disability under the Individuals with Disabilities Education Act, Section 504 Accommodation Plan, or ADA accommodation whose disability prevents them from wearing an approved face mask under Nevada Emergency Declaration 024. The modification or accommodation must be documented in the student's IEP, Section 504 Accommodation Plan, or ADA accommodation. The IEP team may determine and provide direction for the student's ability to wear a cloth face mask.
- For a student with a pre-existing medical condition, a licensed healthcare provider may provide an exemption for a face mask for a clearly defined medical condition. This must be noted in an IEP/504 Accommodation Plan.
    - Students who do not meet the foregoing requirements will be required to continue with full-time distance education if they choose not to wear an approved face mask.
- Staff requiring an accommodation must contact the Office of Diversity and Affirmative Action/Americans with Disabilities Act (ADA)/Title IX Programs at (702) 799-5087.

Any student or staff who is unable to wear a face mask because of a medical condition, and with an approved ADA accommodation, will be required to wear a less restrictive alternative, such as a plastic face shield. Students and staff who do not qualify for a reasonable ADA accommodation are not permitted to wear a face shield without also wearing an approved face mask.