1  MARK E. FERRARIO
   Nevada Bar No. 01625
2  KARA B. HENDRICKS
   Nevada Bar No. 07743
3  WHITNEY L. WELCH-KIRMSE
   Nevada Bar No. 12129
4  GREENBERG TRAURIG, LLP
   10845 Griffith Peak Drive, Suite 600
5  Las Vegas, Nevada  89135
   Telephone: (702) 792-3773
6  Facsimile:  (702) 792-9002
7  Email:     ferrariom@gtlaw.com
              hendricksk@gtlaw.com
8             welchkirmsew@gtlaw.com

9  *Counsel for Defendants, Clark County School District,*
   *Lola Brooks; Linda P Cavazos; Irene A Cepeda;*
10 *Danielle Ford; Evelyn Garcia Morales; Liza Guzman;*
   *Dr. Jesus F. Jara; and Katie Williams*
11

12              **IN THE UNITED STATES DISTRICT COURT**

13                      **DISTRICT OF NEVADA**

14 BRANDON BURNS; SHARELLE                    CASE NO. 2:21-cv-01725-GMN-BNW
   MENDENHALL; 18 minors by and through their
15 parents, WENDY PRICE; AMY McKAY; TINA
   SPENDLOVE; KELLY CAMPIS, LAZARO            **NOTICE OF NO OPPOSITION TO**
16 CAMPIS; ANDREA MILLER-PEWSEY;              **DEFENDANTS' MOTION TO**
   WALTER MATUSZYK, LEIGH MADDOX;             **DISMISS COMPLAINT (ECF 43)**
17 KATIE PARNCUTT; DEANNA GLAZA; BRIAN
   COOK; AND BONNIE TAYLOR,
18

19                  Plaintiffs,

20        v.

21
   CLARK COUNTY SCHOOL DISTRICT BOARD
22 OF EDUCATION; DR. JESUS F. JARA, in his
   official capacity as Superintendent of the Clark
23 County School District; LINDA P. CAVAZOS,
   IRENE A CEPEDA, EVELYN GARCIA
24 MORALES, LOLA BROOKS, DANIELLE FOR,
   LIZA GUZMAN, KATIE WILLIAMS, all in their
25 individual capacities and in their capacities as
   members of the Clark County School District Board
26 of Education,

27                  Defendants.

28

                                   1

Clark County School District ("CCSD"), Lola Brooks; Linda P Cavazos; Irene A Cepeda; Danielle Ford; Evelyn Garcia Morales; Liza Guzman; Dr. Jesus F. Jara; and Katie Williams (collectively the "Defendants"), by and through their undersigned counsel, GREENBERG TRAURIG, LLP, hereby provide Notice that no response or opposition was filed to Defendants Motion to Dismiss (ECF 43).

As set forth in this Court's December 13, 2021 Minute Order (ECF 44) the non-moving party must file points and authority in opposition to the motion within 14 days after service of the same and the failure to do so constitutes consent to the granting of the motion:

> If the moving party has filed a motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c), the non−moving party must file points and authorities in opposition to that motion for judgment within 14 days after service of the motion. Local Rule 7−2(b). The failure to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Local Rule 7−2(d). The court may then grant the motion and dismiss the non−moving party's claims. If the non−moving party does not agree that its claims should be dismissed, the non−moving party must file and serve points and authorities in opposition within 14 days from the date the moving party served the non−moving party with the motion.

*See,* ECF 44.

Here, Defendants filed a Motion to Dismiss the Complaint (ECF 43) on December 13, 2021 and more than 14 days have passed with no opposition being filed. Accordingly, Defendants respectfully request that pursuant to FRCP 12(c), Local Rule 7-2(d) and this Court's December 13,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*ACTIVE 62106939v1*

2021 Minute Order (ECF 43) that Defendants Motion to Dismiss Complaint be granted in its entirety and Plaintiffs claims dismissed with prejudice.

DATED this 4TH day of January, 2022.

GREENBERG TRAURIG, LLP

By: /s/ Kara B. Hendricks

MARK E. FERRARIO
Nevada Bar No. 1625
KARA B. HENDRICKS
Nevada Bar No. 7743
WHITNEY L. WELCH-KIRMSE
Nevada Bar No. 12129
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:     ferrariom@gtlaw.com
               hendricksk@gtlaw.com
               welchkirmsew@gtlaw.com

*Counsel for Defendants,
Clark County School District, Lola
Brooks; Linda P Cavazos; Irene A
Cepeda; Danielle Ford; Evelyn Garcia
Morales; Liza Guzman; Dr. Jesus F. Jara;
and Katie Williams*

3

ACTIVE 62106939v1

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 4th day of January, 2022, a true and correct copy of the foregoing **NOTICE OF NO OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COMPLAINT (ECF 43)** was filed electronically via the Court's CM/ECF system.  Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

                                       */s/ Evelyn Escobar-Gaddi*
                              An employee of GREENBERG TRAURIG, LLP

ACTIVE 62106939v1