Brandon Burns (President of Freedom of Choice 501c3)
6712 Divers Loons St.
North Las Vegas, NV 89084
702-588-4484
Freedomofchoicelv@gmail.com
Pro Se

Wendy Price
6821 Sleepy Pine Street
Las Vegas, NV 89130
702-498-1647
Wprice1000@yahoo.com
Pro Se

```
            FILED          RECEIVED
            ENTERED        SERVED ON
                    COUNSEL/PARTIES OF RECORD

            MAR - 1 2022

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
    BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDON BURNS, SHARELLE MENDENHALL, 18 MINORS BY AND THROUGH THEIR PARENTS, WENDY PRICE, AMY MCKAY, TINA SPENDLOVE, KELLY CAMPIS, LAZARO CAMPIS, ANDREA MILLER-PEWSEY, WALTER MATUSZYK, LEIGH MADDOX, KATIE PARNCUTT, DEANNA GLAZE, BRIAN COOK AND BONNIE TAYLOR<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, BOARD OF EDUCATION; DR JESUS F. JARA, IN HIS INDIVIDUAL CAPACITY AND IN HIS OFFICIAL CAPACITY AS SUPERINTENDENT OF THE CLARK COUNTY SCHOOL DISTRICT; AND LINDA P. CAVAZOS, IRENE A. CEPEDA, EVELYN GARCIA MORALES, LOLA BROOKS, DANIELLE FORD, LIZA GUZMAN, AND KATIE WILLIAMS, ALL IN THEIR INDIVIDUAL CAPACITIES AND IN THEIR CAPACITIES AS MEMBERS OF THE CLARK COUNTY SCHOOL DISTRICT BOARD OF EDUCATION,<br><br>Defendants, | Case No.:   2:21-cv-01725-GMN-BNW<br><br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF PLAINTIFFS VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal with prejudice of all claims in this case. Plaintiffs, Brandon Burns, Sharelle Mendenhall, p.m. 18 minors, by and through their parents, Wendy Price, Amy Mckay, Tina Spendlove, Kelly Campis, Lazaro Campis, Andrea Miller-Pewsey, Walter Matuszyk, Leigh Maddox, Katie Parncutt, Deanna Glaze, Brian Cook and Bonnie Taylor, pro se.

Dated: February 27, 2022

Respectfully submitted,

Brandon Burns (President of Freedom of Choice 501c3) 6712 Divers Loons St.
North Las Vegas, NV 89084
702-588-4484
Freedomofchoicelv@gmail.com
Pro Se

Wendy Price
6821 Sleepy Pine Street
Las Vegas, NV 89130
702-498-1647
Wprice1000@yahoo.com
Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE of Plaintiffs Brandon Burns, Sharelle Mendenhall, p.m. 18 minors, by and through their parents, Wendy Price, Amy Mckay, Tina Spendlove, Kelly Campis, Lazaro Campis, Andrea Miller-Pewsey, Walter Matuszyk, Leigh Maddox, Katie Parncutt, Deanna Glaze, Brian Cook and Bonnie Taylor, on Defendents by US Mail to 5100 West Sahara AVE. Las Vegas, NV 89146 and by email to Kara Hendricks hendricksk@gtlaw.com

Dated: February 28, 2022

*/s/ Wendy Price*
Wendy Price
6821 Sleepy Pine Street
Las Vegas, NV 89130
702-498-1647
Wprice1000@yahoo.com
Pro Se